# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY MAUREEN MINSHEW,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE HONORABLE MICHAEL B. DONLEY, SECRETARY OF THE AIR FORCE; GEORGE SALTON; LT. CO. KURT BERGO; and ALPHA-OMEGA CHANGE ENGINEERING,<br><br>　　　　　　　Defendants. | Case No.  2:10-cv-01593-PMP-PAL<br><br>**ORDER**<br><br><br>**Request to Excuse Colonel Kurt Bergo from Attending ENE - #47** |

　　　This matter is before the Court on the Federal Defendants' Request to Excuse Colonel Kurt Bergo from Attending ENE (#47) filed January 14, 2011 and Plaintiff's Response to Request to Excuse Defendant (#49) filed January 20, 2011.  Upon review and consideration,

　　　**IT IS HEREBY ORDERED** that Federal Defendants' Request to Excuse Colonel Kurt Bergo from Attending ENE (#47) **granted**. Colonel Kurt Bergo is excused from attending the Early Neutral Evaluation scheduled for January 28, 2011.

　　　DATED this 24th day of January, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　United States Magistrate Judge