UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

MARY MAUREEN MINSHEW,           )
                                )     2:10-CV-01593-PMP-PAL
      Plaintiff,                )
                                )
vs.                             )
                                )     **ORDER**
                                )
THE HONORABLE MICHAEL           )
B. DONLEY, et al.,              )
                                )
      Defendants.               )
_____)

The Court having read and considered Defendants' Motion to Dismiss Bivens Claim (Doc. #46), Plaintiff's Response in Opposition Thereto (Doc. #50), and Defendants' Reply (Doc. #57) and good cause appearing,

**IT IS ORDERED** that Defendants Motion to Dismiss Bivens Claim (Doc. #46) is **DENIED**.

DATED: February 18, 2011.

_____
PHILIP M. PRO
United States District Judge