**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARY MAUREEN MINSHEW,  )
                      )
                Plaintiff,  )  Case No. 2:10-cv-01593-PMP-PAL
                      )
vs.                   )  **ORDER**
                      )
MICHAEL B. DONLEY, *et al.,*  )
                      )
                Defendants.  )
_____)

The parties submitted a Stipulation and Proposed Order (Dkt. #60) to extend the Discovery Plan and Scheduling Order deadline which the court reviewed and approved with the exception of subparagraphs (g) and (h) of the proposed schedule on page four of the stipulation. Subparagraph (g) proposes that final lists of witnesses and exhibits "under LR 26(a)(3) shall be disclosed at least thirty days before trial." Subparagraph (h) proposes that the parties shall serve and promptly file objections to final lists of witnesses and exhibits "under LR 16(a)(3) within fourteen days after they are made." There is no LR 26(a)(3) or LR 16(a)(3). Rather, LR 16-3(c) mandates the content of the Joint Pretrial Order, and LR 16-4 provides the form of the Pretrial Order the parties are required to file. LR 26-1(e)(6) requires that the disclosures required by Fed.R.Civ.P. 26(a)(3) and any objections be included in the Pretrial Order. Thus,

      **IT IS ORDERED** that:

      1.    The parties' Stipulation and Proposed Order (Dkt. #60) is approved with the exception of subparagraphs (g) and (h).

///

///

///

2. The parties shall comply with the requirements of LR 16-3(c), LR 16-4, and LR 26-1(e)(6).

Dated this 9th day of March, 2011.

_____
Peggy A. Leen
United States Magistrate Judge