# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY MAUREEN MINSHEW, | |
| Plaintiff, | Case No. 2:10-cv-01593-PMP-PAL |
| vs. | **ORDER** |
| MICHAEL B. DONLEY, *et al.*, | (Mot. To Stay - Dkt. #77) |
| Defendants. | |

Before the court is the Defendants' Motion to Stay Proceedings Pending Appeal (Dkt. #77). The court has considered the Motion, Plaintiff's Response (Dkt. #78), and Defendants' Reply (Dkt #85). The United States filed an appeal with the Ninth Circuit challenging the District Judge's denial of a motion for summary judgment on qualified immunity grounds. However, the Defendants subsequently filed a Notice of Filing Motion to Dismiss Appeal and Withdrawal of Motion to Stay (Dkt. #95). The Ninth Circuit entered an Order (Dkt. #96) on June 23, 2011, granting the United States' Motion to Dismiss its appeal, and a Proposed Order on Mandate (Dkt. #97) has been prepared.

**IT IS ORDERED** that:

1. The Defendants' Motion to Stay (Dkt. #77) is **DENIED as MOOT**.
2. A hearing is set for **July 19, 2011, at 9:30 a.m.**, on the Federal Defendant's Motion to Exclude Plaintiff's Experts and Evidence of Damages for Failure to Make Proper Disclosures (Dkt. #81); Motion to Seal (Dkt. #82); Plaintiff's Motion to Compel (Dkt. #88); Motion to Seal (Dkt. #89); Motion to Seal (Dkt. #92); and Motion to Extend Discovery Deadlines (Dkt. #93).

Dated this 28th day of June, 2011.

_____
Peggy A. Leen
United States Magistrate Judge