Kelly R. Dahl, Esq.
Nebraska Bar No. 19273
Baird Holm LLP
1700 Farnam Street
1500 Woodmen Tower
Omaha, NE 68102
(402) 636-8223
(402) 344-0588 - Facsimile
kdahl@bairdholm.com

Deborah L. Elsasser, Esq.
Nevada Bar No. 005294
Thorndal, Armstrong, Delk,
Balkenbush & Eisinger
P.O. Box 2070
Las Vegas, NV 89125
(702) 366-0622
(702) 366-0327 - Facsimile
delsasser@thorndal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY MAUREEN MINSHEW,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE MICHAEL B. DONLEY, SECRETARY OF THE AIR FORCE, GEORGE SALTON, COL. KURT BERGO, THE UNITED STATES DEPARTMENT OF THE AIR FORCE, AND ALPHA-OMEGA CHANGE ENGINEERING, A VIRGINIA CORPORATION,<br><br>Defendants. | CASE NO.: 2:10-CV-01593-PMP-PAL<br><br>**PLAINTIFF'S MOTION TO FILE RESPONSE TO THE FEDERAL DEFENDANTS' OPPOSITION TO MOTION TO COMPEL UNDER SEAL** |

For the reasons explained below, Plaintiff, Mary Maureen Minshew moves for an order approving the filing under seal of her Response to the Federal Defendants'

Opposition to Motion to Compel (#104) and Appendix of Exhibits "A"-"M" in support (#105).

On March 11, 2011, the Court entered a Consent Protective Order (#66). The parties sought such a protective order based on, among other things, the anticipated production of confidential records protected by the Privacy Act. The Court disapproved the parties' provisions as to filing documents under seal. Instead, the Court entered a separate Order (#67) instructing the parties to file any applicable motion under seal, along with a contemporaneous motion to file under seal, in accordance with the Court's CM/ECF filing procedures and consistent with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

In *Kamakana*, 447 F.3d 1171, the court explained that there was a heightened "compelling reasons" standard for sealing dispositive motions and exhibits thereto, while there was a lesser "good cause" standard for discovery documents and non-dispositive motions.

Here, Plaintiff's recently filed motion (#104) is not a dispositive motion. The motion's exhibits include discovery records that have been designated confidential, and were produced after this Court entered the Consent Protective Order (#66).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

For these reasons, the Plaintiff brings the present motion and submits that there is good cause for the Court to order sealed her Response to the Federal Defendants' Opposition to Motion to Compel (#104).

Dated this 7th day of July, 2011.

MARY MAUREEN MINSHEW, Plaintiff,

By: /s/ Kelly R. Dahl, Esq.
of  Kelly R. Dahl, Esq. (NE# 19273)
    BAIRD HOLM LLP
    1500 Woodmen Tower
    1700 Farnam St
    Omaha, NE  68102-2068
    Phone:  (402) 344-0500

By: /s/ Deborah L. Elsasser, Esq.
of  Deborah L. Elsasser, Esq. (NV# 005294)
    THORNDAL, ARMSTRONG, DELK,
    BALKENBUSH & ELSINGER
    P.O. Box 2070
    Las Vegas, NV 89125
    Phone:  (702) 366-0622

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 12, 2011

3

**CERTIFICATE OF SERVICE OF E-FILE**

Pursuant to the Federal Rules of Civil Procedure 5(d)(3), I hereby certify I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER and that on the 7th day of June, 2011, service of the foregoing **PLAINTIFF'S MOTION TO FILE RESPONSE TO THE FEDERAL DEFENDANTS' OPPOSITION TO MOTION TO COMPEL UNDER SEAL,** was made by filing by electronic means addressed as follows:

| Counsel of Record: | Phone/Fax/Email: | Party: |
| --- | --- | --- |
| J. Brooke Spotswood, Esq.<br>Spotswood Law<br>P.O. Box 5<br>75A Main Street<br>Mathews, VA 23109 | **VIA MAIL**<br>Ph: (804)725-4400<br>Fax: (804)725-4222<br>Email:<br>eleasha@spotswoodlaw.com | *Attorney for Defendant Alpha-Omega Change Engineering* |
| Carleton R. Burch, Esq.<br>Brian L. Bradford, Esq.<br>Anderson, McPharlin & Conners, LLP<br>777 N. Rainbow Blvd., Suite 145<br>Las Vegas, NV 89107 | Ph: (702)479-1010<br>Fax: (702)479-1025<br>Email: crb@amclaw.com<br>Email: blb@amclaw.com | *Attorneys for Defendant Alpha-Omega Change Engineering* |
| Daniel G. Bogden<br>United States Attorney<br>District of Nevada<br><br>Patrick A. Rose<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, NV 89101 | Ph: (702)388-6336<br>Fax: (702)388-6787<br>Email:<br>Patrick.Rose@usdoj.gov | *Attorneys for Federal Defendants, Michael Donley, Secretary of the Air Force, George Salton and Lt. Col. Kurt Bergo* |

_____
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER