UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY MAUREEN MINSHEW, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL B. DONLEY, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:10-cv-01593-PMP-PAL <br><br> **ORDER** |

Before the court is Defendants' Motion for Extension of Time to File Dispositive Motions (Dkt. #111).The court has considered the Motion, Plaintiff's Response (Dkt. #113), and Defendants' Reply (Dkt. #122).

The motion seeks a 30-day extension of time from February 29, 2012, to March 30, 2012, to file dispositive motions.  Counsel for the Defendants states that he has been involved in a complex, medical malpractice case that has consumed a great deal of his time.  Additionally, counsel's main point of contact at the Air Force was out of her office for two weeks in mid-February because of reserve duty. Counsel for Defendants must attend a DOJ training seminar in Columbia, South Carolina the week of March 12, 2012.  Finally, the civil division of the U.S. Attorney's Office is busy, understaffed, and has unfilled open AUSA positions for well over a year.

Plaintiff objects to the request for an extension of time stating she is fully prepared to submit her dispositive motion.  Plaintiff argues that this case has already been substantially delayed because of an interlocutory appeal later abandoned without explanation by the federal Defendants, and that the discovery schedule has been extended several times.  Finally, fact witness depositions were completed by December 9, 2011, and Plaintiff objects to any further delay in her case.

The federal Defendants reply that Plaintiff does not address any of the grounds upon which they relied in good faith to seek an extension, and that the motion does not establish that Plaintiff will be

prejudiced by the requested delay.

Having reviewed and considered the matter, the court finds the federal Defendants have stated good cause for a 30-day extension of the deadline for filing dispositive motions. However, absent compelling circumstances, no further extensions will be allowed.

**IT IS ORDERED** that:

1. Defendants' Motion for Extension of Time to File Dispositive Motions (Dkt. #111) is **GRANTED**, and Defendants shall have until **March 30, 2012**, to file dispositive motions.

2. Absent compelling circumstances and a strong showing of good cause, no further extensions will be allowed.

Dated this 2nd day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge