Kelly R. Dahl, Esq.
Nebraska Bar No. 19273
William G. Dittrick, Esq.
Nebraska Bar No. 11024
Baird Holm LLP
1700 Farnam Street
1500 Woodmen Tower
Omaha, NE 68102
(402) 636-8223
(402) 344-0588 - Facsimile
kdahl@bairdholm.com
wdittrick@bairdholm.com

Deborah L. Elsasser, Esq.
Nevada Bar No. 005294
Thorndal, Armstrong, Delk,
Balkenbush & Eisinger
P.O. Box 2070
Las Vegas, NV 89125
(702) 366-0622
(702) 366-0327 - Facsimile
delsasser@thorndal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY MAUREEN MINSHEW, | |
| Plaintiff, | CASE NO.: 2:10-CV-01593-PMP-PAL |
| v. | |
| THE HONORABLE MICHAEL B. DONLEY, SECRETARY OF THE AIR FORCE, GEORGE SALTON, COL. KURT BERGO, THE UNITED STATES DEPARTMENT OF THE AIR FORCE AND ALPHA-OMEGA CHANGE ENGINEERING, A VIRGINIA CORPORATION, | **PLAINTIFF'S MOTION TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL** |
| Defendants. | |

## PLAINTIFF'S MOTION TO FILE

## MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL

For the reasons explained below, Plaintiff, Mary Maureen Minshew moves for an order approving the filing under seal of her Motion for Partial Summary Judgment (#114) and Appendix of Exhibits "A"-"V" in Support of Plaintiff's Motion (#115). On March 11, 2011, the Court approved the Parties' Consent Protective Order (#66). Pursuant to said Order, all discovery exchanged in this case is presumed to be confidential and the materials supporting the Plaintiff's Motion is likewise within the scope of the Court's Order. As this is a dispositive Motion on some of the issues presented, the Plaintiff concedes that sealing the Motion may not comport with the Ninth Circuit's direction in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). However in light of the Consent Protective Order in place, the Plaintiff respectfully submits this Motion out of an abundance of caution.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

For these reasons, the Plaintiff brings the present motion and submits that there is good cause to submit this request that the Court to issue an order to seal her Motion for Partial Summary Judgment (#114) and Appendix of Exhibits "A"-"V" in Support of Plaintiff's Motion (#115).

Dated this 27th day of February, 2012.

MARY MAUREEN MINSHEW, Plaintiff,

By: /s/ Kelly R. Dahl, Esq.
_____
Kelly R. Dahl, Esq. (NE# 19273)
William G. Dittrick (NE# 11024)
of BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE  68102-2068
Phone:  (402) 344-0500

By: /s/ Deborah L. Elsasser, Esq.
_____
Deborah L. Elsasser, Esq. (NV# 005294)
of THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & ELSINGER
P.O. Box 2070
Las Vegas, NV 89125
Phone:  (702) 366-0622

**IT IS SO ORDERED.**

_[signature]_
_____
UNITED STATES DISTRICT JUDGE

DATED: March 15, 2012