# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY MAUREEN MINSHEW,

            Plaintiff,

vs.

ALPHA OMEGA CHANGE ENGINEERING, INC., et al.,

            Defendants.

Case No. 2:10-cv-01593-PMP-PAL

**ORDER**

(Substitution of Counsel - Dkt. #156)

      This matter is before the court on a Substitution of Counsel (Dkt. #156). It seeks to substitute Brian L. Bradford in the place and stead of Carleton R. Burch as counsel for Defendant Alpha Omega Change Engineering, Inc. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed her Complaint (Dkt. #1) on September 17, 2010. There are currently three Motions for Summary Judgment (Dkt. ##118, 138, 140) pending before the district judge.

      Having reviewed and considered the matter, and good cause appearing,

      **IT IS ORDERED** that Defendant Alpha Omega Change Engineering, Inc's request to substitute Brian L. Bradford in the place and stead of Carleton R. Burch is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

      Dated this 24th day of September, 2012.

                                                     _____
                                                   PEGGY A. LEEN
                                                   UNITED STATES MAGISTRATE JUDGE