# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARY MAUREEN MINSHEW, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01593-PMP-PAL |
| vs. | ) | **ORDER** |
| MICHAEL B. DONLEY, et al., | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' failure to file a stipulation to dismiss this matter. On September 16, 2013, counsel advised that a settlement had been reached and that the request for settlement proceeds would take somewhere between eight to twelve weeks to finalize.

As of this date, more than twelve weeks have lapsed and no stipulation to dismiss is on file. As such,

**IT IS ORDERED** that:

1. The parties shall submit their stipulation to dismiss no later than December 20, 2013, or alternatively a Joint Status Report advising when settlement proceeds will be delivered and the stipulation filed.

Dated this 13th day of December, 2013.

_____
Peggy A. Lee
United States Magistrate Judge