UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY MAUREEN MINSHEW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL B. DONLEY, Secretary of the Air Force; UNITED STATES DEPARTMENT OF THE AIR FORCE; GEORGE SALTON; KURT BERGO; and ALPHA-OMEGA CHANGE ENGINEERING,<br><br>　　　　Defendants. | 2:10-CV-01593-PMP-PAL<br><br>ORDER |

　　　　IT IS ORDERED that the parties' Joint Motion to Dismiss (Doc. #196) is hereby GRANTED.

　　　　IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice, each party to bear their respective attorney's fees and costs.

DATED:  January 28, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　United States District Judge