UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARY MAUREEN MINSHEW,

    Plaintiff,

v.

MICHAEL B. DONLEY, Secretary of the Air Force; UNITED STATES DEPARTMENT OF THE AIR FORCE; GEORGE SALTON; KURT BERGO; and ALPHA-OMEGA CHANGE ENGINEERING,

    Defendants.

2:10-CV-01593-PMP-PAL

ORDER

IT IS ORDERED that the parties' Joint Motion to Dismiss (Doc. #196) is hereby GRANTED.

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice, each party to bear their respective attorney's fees and costs.

DATED: January 28, 2014

_____
PHILIP M. PRO
United States District Judge